WAGNER CHOI & VERBRUGGE

JAMES A. WAGNER
NEIL J. VERBRUGGE
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
jwagner@hibklaw.com
nverbrugge@hibklaw.com

Attorneys for Debtor
And Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | Bk. No. 12-02279 (RJF) |
| --- | --- |
| | (Chapter 11) |
| HAWAII OUTDOOR TOURS, INC. dba Naniloa Volcanoes Resort and Naniloa Volcanoes Golf Club, | MOTION FOR INTERIM ORDER AUTHORIZING DEBTOR TO ENTER INTO INSURANCE PREMIUM FINANCING AGREEMENT AND SCHEDULING FINAL HEARING; MEMORANDUM IN SUPPORT OF MOTION; PROPOSED ORDER; DECLARATION OF KENNETH FUJIYAMA (EXHIBIT "A"); DECLARATION OF COUNSEL (EXHIBIT "B") |
| Debtor and Debtor-in-Possession. | |
| | Hearing: |
| | Date: |
| | Time: |
| | Judge: The Hon. Robert J. Faris |

1

# MOTION FOR INTERIM ORDER AUTHORIZING DEBTOR TO ENTER INTO INSURANCE PREMIUM FINANCING AGREEMENT AND SCHEDULING FINAL HEARING

HAWAII OUTDOOR TOURS, INC., debtor-in-possession (the "Debtor" or the "Company"), hereby moves this Court for an order:

1. Pursuant to 11 U.S.C. §§ 105, 363(b) and 364(c)(2), authorizing the Debtor to enter into an insurance premium financing agreement with IPFS Corporation ("IPFS") in the form attached hereto as **Exhibit "A"** (the "IPFS Premium Finance Agreement"); enter an order authorizing the Debtor to make the initial cash down payment required under the IPFS Premium Finance Agreement; (c) enter an order granting IPFS a first priority security interest in the unearned premiums that it finances under the IPFS Premium Finance Agreement, the right to cancel the policy, and apply unearned premiums that it finances to the account of the Debtor in the event of a default under the IPFS Premium Finance Agreement, as set forth in the IPFS Premium Finance Agreement.

2. The Debtor respectfully requests the Court schedule a final hearing on the Motion, and grant such other relief as the Court deems fair and just.

DATED: Honolulu, Hawaii, January 11, 2013.

/s/Neil J. Verbrugge
JAMES A. WAGNER
NEIL J. VERBRUGGE
Attorneys for Debtor and
Debtors-in-Possession